# Exhibit E

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| HORTENCIA JONES,<br><br>     Plaintiff,<br><br> – against–<br><br>SYNCHRONY BANK, EXPERIAN INFORMATION SOLUTIONS, INC., and EQUIFAX INFORMATION SERVICES, LLC,<br><br>     Defendants. | Case No.<br><br>Removed from the District Court of Fort Bend County, Texas<br>240th District Court, Cause No.: 24-DCV-312917 |

**LIST OF COUNSEL OF RECORD**

In accordance with Local Rule 81, the following is a current list of all counsel of record in this case and the parties they represent:

**Counsel for Plaintiff:**

Thomas Bellinder, Esq.
Law Offices of Robert S. Gitmeid & Associates, PLLC
180 Maiden Lane, 27th Floor
New York, NY 10038
Telephone: (212) 226-5081
Facsimile: (212) 208-2591
Email: Thomas.B@gitmeidlaw.com

**Counsel for Defendant Synchrony Bank:**

Cheryl L. Blount
Reed Smith LLP
1221 McKinney Street, Suite 2100
Houston, TX 77010
Telephone: (713) 469-3800
Facsimile: (713) 469-3899
Email: cblount@reedsmith.com

- 2 -

**Counsel for Defendant Experian Information Solutions, Inc.:**

Unknown

**Counsel for Defendant Equifax Information Services, LLC:**

Unknown