UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HORTENCIA JONES, | § | |
|     Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-01663 |
| | § | |
| SYNCHRONY BANK, *et al.*, | § | |
|     Defendants. | § | |

## ORDER OF DISMISSAL

On August 27, 2024, the Plaintiff Hortencia Jones and Defendants Synchrony Bank and Equifax Information Services, LLC ("Equifax") filed a Joint Stipulation of Dismissal With Prejudice (Dkt. 9 & 10) pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

    SIGNED at Houston, Texas on August 28, 2024.

                                                                                        GEORGE C. HANKS, JR.
                                                                                     UNITED STATES DISTRICT JUDGE